(109 So. 762)

## Oscar CABANISS v. CITY OF TUSCALOOSA. (6 Div. 787.)

(Supreme Court of Alabama. Oct. 14, 1926.)

Certiorari to Court of Appeals.

Reuben H. Wright, of Tuscaloosa, for petitioner.

S. H. Sprott and J. M. Ward, both of Tuscaloosa, opposed.

PER CURIAM. Petition of Oscar Cabaniss for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Cabaniss v. City of Tuscaloosa, 21 Ala. App. 507, 109 So. 761.

Writ denied.

ANDERSON, C. J., and SAYRE, GARDNER, and MILLER, JJ., concur.